## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: December 05, 2014

Mr. Courtney R. Logan  
WCCF  
P.O. Box 1889  
Woodville, MS 39669

Re: Case No. 14-5019, *Courtney Logan v. Davidson County*  
Originating Case No. : 3:13-cv-01157

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Roy G. Ford  
Case Manager  
Direct Dial No. 513-564-7016

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 14-5019

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

COURTNEY R. LOGAN

    Plaintiff - Appellant

v.

DAVIDSON COUNTY

    Defendant - Appellee

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The proper fee was not paid by December 1, 2014.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                         **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 05, 2014